# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ALEJANDRO RIOS-RAMIREZ,<br>Defendant | Case No.: 26-cr-3101-DMS<br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Information against Defendant in this case is dismissed without prejudice.

**SO ORDERED.**

DATED: August 31, 2026

HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE